UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA DARLENE HEFNER, | ) | 1:07-CV-00345 LJO NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO WITHDRAW UNEXHAUSTED |
| | ) | CLAIM |
| v. | ) | [Doc. #5] |
| | ) | |
| | ) | ORDER VACATING REPORT AND |
| GLORIA HENRY, Warden, | ) | RECOMMENDATION OF MARCH 21, 2007, |
| | ) | THAT HAD RECOMMENDED THE |
| Respondent. | ) | PETITION BE DISMISSED |
| | ) | [Doc. #3] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 21, 2007, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to exhaust state remedies with respect to Grounds Three and Four of the petition. Petitioner was granted leave to file a motion to withdraw the unexhausted claims in order to avoid dismissal of the petition. The parties were granted thirty (30) days to file objections to the Report and Recommendation.

On April 9, 2007, Petitioner filed a motion to withdraw the unexhausted claims as contemplated in this Court's Findings and Recommendation so as to avoid dismissal of the petition.

Accordingly, good cause having been presented and good cause appearing therefor, the Court

1  hereby GRANTS Petitioner's motion to withdraw the unexhausted claims and VACATES the
2  Findings and Recommendation of March 21, 2007. Grounds Three and Four are hereby DELETED
3  from the petition.
4      IT IS SO ORDERED.
5      Dated: **April 11, 2007**        **/s/ Dennis L. Beck**
              UNITED STATES MAGISTRATE JUDGE